UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

LYNN REDMOND

-vs-

COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION

CASE NO.  1:23-CV-01511

JUDGE DRELL

MAGISTRATE JUDGE PEREZ-MONTES

## **JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 11), and after independent (de novo) review of the record including the objection (ECF No. 15) filed herein, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the final decision of the Commissioner of Social Security is **AFFIRMED**, and Lynn Redmond's appeal (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED at Alexandria, Louisiana this 2ND day of June 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT